## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CATHERINE McGUIRE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **8:07CV486** |
| vs. | ) | |
| | ) | **ORDER** |
| AEGIS THERAPIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the parties' Joint Motion to Stay Proceedings [15]. A 60-day stay is requested to allow the parties to conduct settlement discussions.  For good cause shown,

**IT IS ORDERED** that the Motion [15] is granted.  The proceedings in this matter are stayed until **April 28, 2008.**  If the parties have not resolved this matter by the end of the stay, the parties shall report to the Court regarding the status of settlement discussions and whether additional time to resolve the matter is necessary.  If the parties determine that the matter cannot be resolved, the parties shall report the impasse to the Court.  Within five (5) business days of reporting an impasse, the parties shall meet and submit a conference planning report to the Court.

**DATED February 28, 2008.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge