**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **CATHERINE McGUIRE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | 8:07CV486 |
| vs. | ) | |
| | ) | **ORDER AND** |
| **AEGIS THERAPIES,** | ) | **NOTICE OF HEARING** |
| | ) | |
| **Defendant.** | ) | |

This matter is before the magistrate judge on the motion [20] of W. Craig Howell for leave to withdraw as counsel for the plaintiff, Catherine McGuire. The motion will be set for hearing on Thursday, May 22, 2008 at 11:00 a.m.

Plaintiff is advised that if Mr. Howell is allowed to withdraw, and substitute counsel does not enter an appearance, the plaintiff will be deemed to be proceeding *pro se.* In that event, Ms. McGuire will be required to file a notice of her current address and telephone number. Ms. McGuire is further advised that she may retain substitute counsel at any time; however, during any time she is not represented by counsel, she will be required to personally comply with all orders of this court, the Federal Rules of Civil Procedure, and the Local Rules of Practice. Failure to comply with these requirements may result in the imposition of sanctions, including payment of costs and attorney's fees and/or the dismissal of the complaint, pursuant to Rule 37 of the Federal Rules of Civil Procedure.

**IT IS ORDERED:**

1. The motion to withdraw [20] is set for hearing on **Thursday, May 22, 2008 at 11:00 a.m.** in Courtroom 6, second floor, Roman L. Hruska U.S. Courthouse, 111 S. 18th Plaza, Omaha, Nebraska.

2. Moving counsel and plaintiff, Catherine McGuire, are both required to personally attend the hearing.

      3.    Mr. Howell shall, no later than **May 13, 2008**, serve a copy of this Order and Notice of Hearing on Catherine McGuire at her last known address, together with a copy of the motion for leave to withdraw.

      4.    Mr. Howell shall, no later than **May 19, 2008**, timely file **proof of service** showing compliance with paragraph 3, above, and listing the names and addresses of the persons to whom notice was sent.

      **DATED May 9, 2008.**

                        **BY THE COURT:**

                        **s/ F.A. Gossett**
                        **United States Magistrate Judge**