# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CATHERINE McGUIRE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:07CV486 |
| vs. | ) | |
| | ) | ORDER |
| AEGIS THERAPIES, | ) | |
| | ) | |
| Defendant. | ) | |

A hearing was held on May 22, 2008 on the motion [20] of W. Craig Howell for leave to withdraw as plaintiff's counsel. Plaintiff, Catherine McGuire, attended the hearing as previously ordered. As discussed in open court,

**IT IS ORDERED** that the Motion for Leave to Withdraw [20] is granted, as follows:

1. The court will terminate the appearance of W. Craig Howell as counsel for the plaintiff.

2. Plaintiff is given until **June 16, 2008** to retain substitute counsel; however, during any time she is not represented by counsel, she will be required to personally comply with all orders of this court, the Federal Rules of Civil Procedure, and the Local Rules of Practice. Failure to comply with these requirements may result in the imposition of sanctions, including payment of costs and attorney's fees and/or the dismissal of the complaint.

3. If substitute counsel does not enter a written appearance on behalf of the plaintiff on or before the close of business on **June 16, 2008**, then this matter will be transferred to the *pro se* docket in accordance with General Order 2007-9.

**DATED May 22, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**