# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CATHERINE MCGUIRE,** | ) | **CASE NO. 8:07CV486** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| **AEGIS THERAPIES, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the parties' Stipulated Dismissal with Prejudice. The stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and the Court finds that it should be approved. Accordingly,

IT IS ORDERED:

1. The parties' Stipulated Dismissal with Prejudice (Filing No. 28) is approved, and the relief requested therein is granted;

2. The Complaint and all claims in this action are dismissed with prejudice; and

3. The parties shall pay their own costs and attorneys' fees.

DATED this 13th day of June, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge